33 So.2d 373

**J. F. SNELLINGS, Sr., v. Malvyn JONES, Jr., pro ami.**

**4 Div. 481.**

Supreme Court of Alabama.

Jan. 15, 1948.

J. W. Brassell and W. R. Belcher, both of Phenix City, for petitioner.

A. L. Patterson, of Phenix City, opposed.

GARDNER, Chief Justice.

Petition of J. F. Snellings, Sr., for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Snellings v. Jones, pro ami., Ala.App., 33 So.2d 371.

Writ denied.

BROWN, LIVINGSTON and SIMPSON, JJ., concur.